FILED
April 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002567410

3

JaVonne M. Phillips, Esq., SBN 187474
Doyna V. Dardon, Esq., SBN 250502
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800 Ext. 3469
Fax (619) 685-4810

Attorney for: Secured Creditor,
Aurora Loan Services, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-27048 |
| | ) |
| Delbert L. Evans, | ) DC No.: DVD-1 |
| Gladys T. Evans, | ) |
| | ) Chapter 7 |
| Debtors. | ) |
| | ) |
| Aurora Loan Services, LLC, its assignees and/or successors, | ) **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Secured Creditor, | ) |
| v. | ) |
| Delbert L. Evans, Gladys T. Evans, Debtors; and Michael G. Kasolas, Chapter 7 Trustee, | ) Date: 05/25/2010 |
| | ) Time: 9:30 a.m. |
| | ) Ctrm: Courtroom 28, Floor: 7th |
| | ) Place: Robert T. Matsui United States Courthouse |
| Respondents. | ) Sacramento, CA |
| | ) Judge: Christopher M. Klein |

| | |
|---|---|
| 1 | TO: Debtors, Delbert L. Evans and Gladys T. Evans; Chapter 7 Trustee, Michael G. |
| 2 | Kasolas; Debtors' Attorney of Record; Richard A. Chan, Jr. ; and Other Interested Parties: |
| 3 | NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at |
| 4 | Robert T. Matsui United States Courthouse, Sacramento, California, Movant herein will move |
| 5 | this Court for an Order granting relief from the automatic stay on the grounds set forth in the |
| 6 | Motion For Relief From the Automatic Stay. |
| 7 | Opposition, if any, to the granting of the motion shall be in writing and shall be served |
| 8 | and filed with the Court by the responding party at least fourteen (14) calendar days preceding |
| 9 | the date of the hearing. Opposition shall be accompanied by evidence establishing its factual |
| 10 | allegations. Without good cause, no party shall be heard in opposition to a motion at oral |
| 11 | argument if written opposition to the motion has not been timely filed. Failure of the responding |
| 12 | party to timely file written opposition may be deemed a waiver of any opposition to the granting |
| 13 | of the motion. The written response must be served upon following parties at the listed |
| 14 | addresses: |

COUNSEL FOR MOVANT
Doyna V. Dardon, Esq.
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

TRUSTEE
Michael G. Kasolas
PO Box 26650
San Francisco, CA, 94126

COUNSEL FOR DEBTORS
Richard A. Chan, Jr.
1000 G Street, Suite 220
Sacramento, CA 95814

DEBTORS
Delbert L. Evans
8454 Pastori Way
Sacramento, CA 95828

///
///
///
///

| | | |
|---|---|---|
| 1 | Gladys T. Evans | |
| 2 | 8454 Pastori Way | |
| 3 | Sacramento, CA 95828 | |

Dated: April 19, 2010               McCarthy & Holthus, LLP


By: /s/ Doyna V. Dardon_____
    Doyna V. Dardon, Esq.
    Attorney for Secured Creditor
    Aurora Loan Services, LLC, its assignees
    and/or successors